# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### NO. 02-12-00486-CV


| | | |
|---|---|---|
| Texas Health Harris Methodist Hospital Fort Worth, Harris Methodist Hospitals Inc., Texas Health Resources, AND Community Blood Center d/b/a Community Tissue Services | § | From the 17th District Court |
| | § | of Tarrant County (17-259372-12) |
| v. | | |
| | § | October 3, 2013 |
| William Austen Biggers; William Angus Biggers, III, Individually and as Guardian of the Person and Estate of William Austen Biggers; and Lillie Kay Biggers | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's judgment is reversed. We remand the case to the trial court (1) to consider

whether to grant a 30-day extension to cure the deficiencies in the expert report as to the appellants Texas Health Harris Methodist Hospital Fort Worth and Community Blood Center d/b/a Community Tissue Services, and (2) to dismiss the claims of the appellees William Austen Biggers; William Angus Biggers, III, Individually and as Guardian of the Person and Estate of William Austen Biggers; and Lillie Kay Biggers against the appellants Harris Methodist Hospitals Inc. and Texas Health Resources and to consider their request for attorney's fees and costs.

It is further ordered that the parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Lee Gabriel